**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 12-1579**

───────────

KATHERINE W. BROOKS,

　　　　　Plaintiff - Appellant,

　　　v.

RAY MABUS, The United States of America (Department of the Navy),

　　　　　Defendant - Appellee.

───────────

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk. Arenda Wright Allen, District Judge. (2:11-cv-00320-AWA-TEM)

───────────

Submitted: September 25, 2012　　　Decided: October 15, 2012

───────────

Before WILKINSON, DUNCAN, and DAVIS, Circuit Judges.

───────────

Affirmed by unpublished per curiam opinion.

───────────

Katherine W. Brooks, Appellant Pro Se. Joel Eric Wilson, Assistant United States Attorney, Norfolk, Virginia, for Appellee.

───────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Katherine W. Brooks appeals the district court's order granting summary judgment to Defendant in her civil action under Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C.A. §§ 2000e to 2000e-17 (West 2003 & Supp. 2012), and the Age Discrimination in Employment Act of 1967, as amended, 29 U.S.C.A. §§ 621-34 (West 2008 & Supp. 2012). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Brooks v. Mabus, No. 2:11-cv-00320-AWA-TEM (E.D. Va. Mar. 2 & 5, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2